Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:14-MC-05031-BHS |
| Plaintiff, | (3:13-CR-5568-BHS-1) |
| v. | **Order Terminating Garnishment Proceeding with Prejudice** |
| PETER GIBNEY, | |
| Defendant/Judgment Debtor, | |
| and | |
| VANGUARD, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding with Prejudice. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated with prejudice, pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that the garnishment is terminated with prejudice and that the Garnishee, Vanguard, is relieved of further responsibility pursuant to this garnishment.

//

//

//

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING WITH PREJUDICE (*USA v. Peter Gibney and Vanguard*, Nos. 3:14-mc-5031-BHS / 3:13-cr-5568-BHS-1) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 DATED this ___ day of _____, 2015.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH
Assistant United States Attorney

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING WITH
PREJUDICE (USA v. Peter Gibney and Vanguard, Nos. 3:14-mc-5031-BHS /
3:13-cr-5568-BHS-1) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970